JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Facsimile: (415) 436-7234
    E-Mail: andrew.caputo@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0026 WHA |
| v. | STIPULATION REQUESTING CHANGE-OF-PLEA HEARING AND DELAY IN FILING OF PRETRIAL CONFERENCE STATEMENT, AND [PROPOSED] ORDER |
| TIMOTHY WASHINGTON, | |
| Defendant. | |

The parties hereby stipulate as follows:

1. This matter is set for trial on April 13, 2009. The pretrial conference is set for April 6. Pursuant to Criminal Local Rule 17.1-1(b), the parties' pretrial conference statement is due on March 31.

2. Earlier today, defendant informed the United States that he intends to enter an open guilty plea to the offense charged in the indictment. Accordingly, the parties respectfully request that this case be placed on the Court's criminal calendar on April 1, 2009, at 1:30 p.m., for a change-of-plea hearing.

1     3. Since entry of a guilty plea by defendant would obviate the need for the parties to
2 prepare and file a pretrial conference statement, the parties respectfully request that the Court
3 continue until April 2 the deadline for filing the pretrial conference statement.
4     IT IS SO STIPULATED.

6 DATED: March 30, 2009           /s/
7                                        JAMES PHILLIP VAUGHNS
                                       Attorney for Defendant

9 DATED: March 30, 2009           /s/
10                                        ANDREW P. CAPUTO
                                       Assistant United States Attorney

13                             **[~~PROPOSED~~] ORDER**

14     Pursuant to the stipulation of the parties, this matter is hereby placed on the Court's
15 calendar for April 1, 2009, at 1:30 p.m., for a change-of-plea hearing. The parties shall have
16 until April 2, 2009, to file the pretrial conference statement required by Criminal Local Rule
17 17.1-1(b).
18     IT IS SO ORDERED.

20 DATED: March 31, 2009
21                                        WILLIAM H. ALSUP
                                       United States District Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA — IT IS SO ORDERED / Judge William Alsup)